

Exhibit A2 — Map 2.7, Alternative D2. From Final SEIS, November 2024, Appendix A — https://eplanning.blm.gov/eplanning-ui/project/2015144/570. U.S. Department of the Interior | Bureau of Land Management and Fish and Wildlife Service | Alaska | Coastal Plain Oil and Gas Leasing Program Supplemental EIS.

Case 3:24-cv-00282   Document 1-2   Filed 12/20/24   Page 1 of 1