# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

ALASKA INDUSTRIAL DEVELOP-
MENT AND EXPORT AUTHORITY,

                Plaintiff,

    v.

BUREAU OF LAND MANAGEMENT;
UNITED STATES DEPARTMENT OF
THE INTERIOR; DEB HAALAND, in her
official capacity as Secretary of the Interior;
and TRACY STONE-MANNING, in her of-
ficial capacity of Director of the Bureau of
Land Management,

                Defendants.

Case No. 3:24-cv-_____

**Related Cases**

1. *Alaska Industrial Development and Export Authority v. U.S. Department of the Interior*, Case No. 3:24-cv-00051-SLG (D. Alaska filed March 4, 2024).

2. *Alaska Industrial Development and Export Authority v. Biden*, Case No. 3:21-cv-00245-SLG (D. Alaska filed November 4, 2021).

3. *State of Alaska v. United States Department of the Interior*, Case No. 3:22-cv-00078-SLG (D. Alaska filed April 6, 2022).