Matthew T. Findley, ABA #0504009
Michael S. Schechter, ABA #1405044
ASHBURN & MASON, P.C.
1227 W. Ninth Ave., Suite 200
Anchorage, Alaska 99501
907-276-4331
matt@anchorlaw.com
mike@anchorlaw.com

*Attorneys for Plaintiff Alaska Industrial Development and Export Authority*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALASKA INDUSTRIAL DEVELOPMENT AND EXPORT AUTHORITY,<br><br>      Plaintiff,<br><br>v.<br><br>BUREAU OF LAND MANAGEMENT; UNITED STATES DEPARTMENT OF THE INTERIOR; DEB HAALAND, in her official capacity as Secretary of the Interior; and TRACY STONE-MANNING, in her official capacity of Director of the Bureau of Land Management,<br><br>      Defendants. | Case No. 3:24-cv-_____ |

## NOTICE OF RELATED CASES

Pursuant to Local Civil Rules 3.1 and 16.1(e), Plaintiff Alaska Industrial Development and Export Authority ("AIDEA") hereby provides notice to the court that the above-captioned case is related to three cases in the United States District Court of the

NOTICE OF RELATED CASES
*Alaska Industrial Development & Export Authority v. Bureau of Land Management*, *et al.* Case No. 3:24:cv_____
Page **1** of 3

Case 3:24-cv-00282 Document 3 Filed 12/20/24 Page 1 of 3

District of Alaska:

1. *Alaska Industrial Development and Export Authority v. U.S. Department of the Interior*, Case No. 3:24-cv-00051-SLG (D. Alaska filed March 4, 2024) ("Lease Termination Case").

2. *Alaska Industrial Development and Export Authority v. Biden*, Case No. 3:21-cv-00245-SLG (D. Alaska filed November 4, 2021) ("Lease Suspension Case"), currently on appeal under Case No. 24-2533 (9th Cir.).

3. *State of Alaska v. United States Department of the Interior*, Case No. 3:22-cv-00078-SLG (D. Alaska filed April 6, 2022) ("ANWR Boundary Case").

The Lease Suspension Case and Lease Termination Case both involve the same plaintiff and primarily the same federal government defendants, the Department of Interior and the Bureau of Land Management. This case, the Lease Suspension Case, and the Lease Termination case all address similar issues relating to the establishment of an oil and gas leasing program on the Coastal Plain of the Arctic National Wildlife Refuge ("ANWR") and how the federal defendants have failed to properly implement said program in defiance of Congress.

The primary issue in the ANWR Boundary case is whether a tract of land west of the Canning River should have been conveyed from the United States to the State of Alaska. The Bureau of Land Management is the primary federal defendant in the ANWR Boundary case and is one of the federal defendants in the instant case that is offering the

NOTICE OF RELATED CASES
*Alaska Industrial Development & Export Authority v. Bureau of Land Management*, *et al.* Case No. 3:24:cv_____
Page **2** of 3

Case 3:24-cv-00282     Document 3     Filed 12/20/24     Page 2 of 3

disputed land for oil and gas leasing. The question regarding land title in the ANWR Boundary case has direct implications for the propriety of the pending oil and gas lease sale that is challenged by AIDEA in the instant case.

AIDEA requests common judicial assignment of the instant case given Judge Gleason's familiarity with the issues involved and the significant overlap with the issues in the three related cases.

DATED this 20th day of December 2024, at Anchorage, Alaska

ASHBURN & MASON, P.C.

By: s/*Matthew T. Findley*
Matthew T. Findley
Alaska Bar No. 0504009
Michael S. Schechter
Alaska Bar No. 1405044

NOTICE OF RELATED CASES
Alaska Industrial Development & Export Authority v. Bureau of Land Management, et al. Case No. 3:24:cv_____ Page 3 of 3
Case 3:24-cv-00282    Document 3    Filed 12/20/24    Page 3 of 3