TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

PAUL A. TURCKE (Idaho Bar No. 4759)
Trial Attorney, Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
Tel: 202-532-5994
Fax: 202-305-0275
paul.turcke@usdoj.gov

*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALASKA INDUSTRIAL DEVELOPMENT AND EXPORT AUTHORITY,<br><br>     Plaintiff,<br> v.<br><br>BUREAU OF LAND MANAGEMENT; U.S. DEPARTMENT OF THE INTERIOR; DEB HAALAND, in her official capacity as Secretary of the Interior, and TRACY STONE-MANNING, in her official capacity as Director of the Bureau of Land Management,<br><br>     Defendants. | Case No. 3:24-cv-00282-SLG |

## NOTICE OF APPEARANCE

Defendants Bureau of Land Management, et al., respectfully notify this Court and all parties of the following appearance of counsel in the above-captioned matter.

    Paul A. Turcke
    U.S. Department of Justice
    Environment & Natural Resources Division

*AIDEA v. Bureau of Land Mgmt.*    Case No. 3:24-cv-00282-SLG
DEFS.' NOTICE OF APPEARANCE    1

Case 3:24-cv-00282-SLG  Document 6  Filed 01/03/25  Page 1 of 2

Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702

Tel: (202) 532-5994
Fax: (202) 305-0275
Email: paul.turcke@usdoj.gov

Respectfully submitted.

DATED: January 3, 2025.

TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

*/s/ Paul A. Turcke*
PAUL A. TURCKE (Idaho Bar No. 4759)
Trial Attorney, Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
202-532-5994 || 202-305-0275 (fax)
paul.turcke@usdoj.gov

*Counsel for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2025, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

*/s/ Paul A. Turcke*
Paul A. Turcke