**ORDER NO. 3422**

Subject: Unleashing Alaska's Extraordinary Resource Potential

Sec. 1. **Purpose.** This Order implements provisions of President Trump's January 20, 2025, Executive Order (EO) 14153, titled "Unleashing Alaska's Extraordinary Resource Potential," which directs the Secretary of the Interior to exercise all lawful authority and discretion available and take all necessary steps to unleash the State of Alaska's abundant and largely untapped supply of natural resources.

Sec. 2. **Authorities.** This Order is issued under the authority of section 2 of Reorganization Plan No. 3 of 1950 (64 Stat. 1262), as amended. Other authorities include, but are not limited to, EO 14153.

Sec. 3. **Background.** President Trump declared that unlocking Alaska's massive bounty of natural wealth (Alaska is larger than our smallest 22 States combined) will raise the prosperity of our citizens and help our Nation's economic and national security for generations to come by, among other policies:

   a. fully availing itself of Alaska's vast lands and resources for the benefit of the Nation and the American citizens who call Alaska home;

   b. efficiently and effectively maximizing the development and production of the natural resources located on both Federal and State lands within Alaska;

   c. expediting the permitting and leasing of energy and natural resource projects in Alaska (including specifically for the rights of way and easement for roads that enable this development to occur; and

   d. prioritizing the development of Alaska's liquified natural gas (LNG) potential, including the sale and transportation of Alaskan LNG to other regions of the United States and allied nations within the Pacific region.

Sec. 4. **Revocation of Secretary's Order**. Secretary's Order (SO) 3401, dated June 1, 2021, titled "Comprehensive Analysis and Temporary Halt on All Activities in the Arctic National Wildlife Refuge (ANWR) Relating to the Coastal Plain Oil and Gas Leasing Program," is revoked. Policies, procedures, and guidance adopted to implement SO 3401 are hereby rescinded consistent with applicable laws, rules, and regulations.

Sec. 5. **Reinstatement of Secretary's Order.** SO 3352, dated May 31, 2017, titled "National Petroleum Reserve – Alaska," previously revoked by SO 3398, dated April 16, 2021, is reinstated. For purposes of the reinstated SO 3352, and in the absence of a Counselor to the Secretary for Energy Policy, the Assistant Secretary – Policy, Management and Budget will carry out the responsibilities assigned to the Energy Policy Counselor in that Order.

Sec. 6. **Directive.** Consistent with EO 14153 and governing laws and regulations, I direct the following:

   a. Within 15 days of the issuance of this Order, the Assistant Secretary – Land and Minerals Management, in coordination with other Assistant Secretaries, will submit an action plan to me describing the necessary and appropriate steps to execute the direction regarding all agency actions in section 3(a)(i)-(ii) and section 3(b)(ii)-(x), (xii)-(xiv), (xv-xviii), (xxi), and (xxiii) of EO 14153. This plan will include steps to expedite the permitting and leasing of energy and natural resource projects in Alaska (including the rights-of-way and easements for roads that enable this development to occur).

   b. Within 15 days of the issuance of this Order, the Assistant Secretary for Fish and Wildlife and Parks will submit an action plan to me describing the necessary and appropriate steps to execute the direction regarding the agency actions in section 3(b)(xi), (xix), and (xx) of EO 14153.

   c. Within 15 days of the issuance of this Order, the Assistant Secretary – Policy, Management and Budget, in coordination with all Bureau and Office Heads, will submit an action plan to me to immediately take the appropriate steps to execute the direction with respect to the agency actions in section 3(b)(xxii) of EO 14153.

Sec. 7. **Implementation.** The Deputy Secretary is responsible for implementing all aspects of this Order, in coordination with the Solicitor and Assistant Secretaries. In the absence of a Deputy Secretary, the Assistant Secretary – Land and Minerals Management will carry out the responsibilities assigned to the Deputy Secretary in this Order.

Sec. 8. **Effect of this Order.** This Order is intended to improve the internal management of the Department and to assure implementation of the above-referenced EO. This Order and any resulting reports or recommendations are not intended to, and do not create any right or benefit, substantive or procedural, enforceable at law or equity by a party against the United States, its departments, agencies, instrumentalities or entities, its officers or employees, or any other person. To the extent there is any inconsistency between the provisions of this Order and any Federal laws or regulations, the laws or regulations will control.

Sec. 9. **Effective Date.** This Order is effective immediately and will remain in effect until it is amended, superseded, or revoked, whichever occurs first.

[signature]

Secretary of the Interior

Date: FEB 0 3 2025