Matthew T. Findley, ABA #0504009
Michael S. Schechter, ABA #1405044
ASHBURN & MASON, P.C.
1227 W. Ninth Ave., Suite 200
907-276-4331
matt@anchorlaw.com
mike@anchorlaw.com
*Attorneys for Plaintiff Alaska Industrial
Development and Export Authority*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALASKA INDUSTRIAL DEVELOPMENT AND EXPORT AUTHORITY,<br><br>Plaintiff,<br><br>v.<br><br>BUREAU OF LAND MANAGEMENT; UNITED STATES DEPARTMENT OF THE INTERIOR; DOUGLAS BURGUM, in his official capacity as Secretary of the Interior; and TRACY STONE-MANNING, in her official capacity of Director of the Bureau of Land Management,<br><br>Defendants. | Case No. 3:24-cv-00282-SLG |

## RULE 4 AFFIDAVIT OF SERVICE

STATE OF ALASKA      )
                     ) ss.
THIRD JUDICIAL DISTRICT )

I, Maarit Cain, swear and affirm the following:

1. I am an employee of the law firm Ashburn & Mason, P.C., counsel for Plaintiffs in the above captioned matter.

2. On December 23, 2024, I prepared copies of the Complaint and Summons for each Defendant in this matter.

3. Per Fed. Civil Rule 4(i), I also prepared copies of the Complaint and Summons to serve the United States District Attorney of Alaska and to the Attorney General of the United States in Washington, D.C. on behalf of each Defendant.

4. All twelve copies of the Complaint and Summons were sent via Registered Certified US Mail on December 23, 2024.

5. By February 25, 2025, I had received receipt confirmation that all twelve Complaint and Summons packets had been received and signed for. Copies of these receipts are attached as Exhibit 1.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

DATED: 3/24/2025

Maarit Cain

SUBSCRIBED AND SWORN to before me this 24TH day of March 2025.

NOTARY PUBLIC in and for Alaska
My Commission Expires: 08/31/2026

AFFIDAVIT OF SERVICE
*Alaska Industrial Development & Export Authority v. Bureau of Land Management, et al.*
Case No. 3:24-cv-00282-SLG

Page 2 of 3

## CERTIFICATE OF SERVICE

This is to certify that on March 24, 2025, the foregoing was served electronically through the CM/ECF system on all registered case users.

ASHBURN & MASON, P.C.

s/*Maarit Cain*
Maarit Cain

AFFIDAVIT OF SERVICE
*Alaska Industrial Development & Export Authority v. Bureau of Land Management, et al.*
Case No. 3:24-cv-00282-SLG
Page 3 of 3

Case 3:24-cv-00282-SLG   Document 12   Filed 03/24/25   Page 3 of 3