## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

ALASKA INDUSTRIAL DEVELOPMENT
AND EXPORT AUTHORITY,

                Plaintiff,

    v.

BUREAU OF LAND MANAGEMENT, et al.,

                Defendants.

Case No. 3:24-cv-00282-SLG

STATE OF ALASKA,

                Plaintiff,

    v.

U.S. DEPARTMENT OF THE INTERIOR,
et al.,

                Defendants.

Case No. 3:25-cv-00003-SLG

## [PROPOSED] ORDER RE MOTIONS FOR EXTENSION OF TIME

Upon due consideration, the Motions for Extension of Time, ECF No. 13 in Case No. 3:24-cv-00282-SLG, and ECF No. 17 in Case No. 3:25-cv-00003-SLG, are hereby GRANTED.  IT IS ORDERED that Defendants shall answer or otherwise respond to the complaint in each case on or before July 24, 2025, and that Defendants shall file and serve the administrative record in each case on or before September 22, 2025.

Dated this _____ of April 2025.

_____
HON. SHARON L. GLEASON
United States District Judge