ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

PAUL A. TURCKE (Idaho Bar No. 4759)
Trial Attorney, Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
Tel: 202-532-5994
paul.turcke@usdoj.gov

*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALASKA INDUSTRIAL DEVELOPMENT AND EXPORT AUTHORITY,<br><br>Plaintiff,<br>v.<br><br>BUREAU OF LAND MANAGEMENT, et al.,<br><br>Defendants. | Case No. 3:24-cv-00282-SLG |

## JOINT MOTION TO STAY

Plaintiff Alaska Industrial Development and Export Authority and Defendants Bureau of Land Management, et al., respectfully move to stay all case deadlines in this case as well as the related case *State of Alaska v. U.S. Department of the Interior*, No. 3:25-cv-00003-SLG.

Both cases challenge the December 2024 Coastal Plain Oil and Gas Leasing Program Record of Decision ("2024 ROD") selecting Alternative D2 from the November 2024 Final Coastal Plain Oil and Gas Leasing Program Supplemental Environmental

Impact Statement ("SEIS"). *See* Compl. ¶ 1, Dkt. 1. Presently, the deadline to answer or otherwise respond to the complaint is July 24, 2025, and the deadline to file an administrative record is September 22, 2025. *See* Text Order, Dkt. 14.

Good cause exists to stay further proceedings. In furtherance of Executive Order 14153 and Secretary's Order 3422, Defendants have formally expressed an intent to issue a new decision that will supersede the 2024 ROD. Under similar circumstances involving earlier challenges to the 2020 ROD for the Coastal Plain Oil and Gas Leasing Program, this Court found it appropriate to maintain stays of further proceedings because no party would be prejudiced by a stay and that awaiting timely agency action "appears to be the most efficient course of action." Order 11-12, *Gwich'in Steering Comm. v. Burgum*, No. 20-cv-204-SLG, Dkt. 123. In order to align with the Court's approach in those cases involving the same decisionmaking processes, the parties propose to file a joint status report on or before September 30, 2025, or within five days following issuance of a new ROD.

Respectfully submitted.

DATED: July 18, 2025.
        ADAM R.F. GUSTAFSON
        Acting Assistant Attorney General
        United States Department of Justice
        Environment and Natural Resources Division

        */s/ Paul A. Turcke*
        PAUL A. TURCKE (Idaho Bar No. 4759)
        Trial Attorney, Natural Resources Section
        1290 West Myrtle Street, Suite 500
        Boise, ID 83702
        202-532-5994 || 202-305-0275 (fax)
        paul.turcke@usdoj.gov

        *Counsel for Defendants*

Of Counsel:

LINDSAY CRONIN
Attorney Advisor
Office of the Regional Solicitor, Alaska Region
U.S. Department of the Interior
4230 University Drive, Suite 300
Anchorage, AK 99508
907-271-4621
lindsay.cronin@sol.doi.gov

ASHBURN & MASON, P.C.

s/ *Michael S. Schechter*  (consent)
Matthew T. Findley (AK Bar No. 0504009)
Michael S. Schechter (AK Bar No. 1405044)
1227 W. Ninth Ave., Suite 200
Anchorage, AK 99501
907-276-4331
matt@anchorlaw.com
mike@anchorlaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2025, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

                         */s/ Paul A. Turcke*
                         Paul A. Turcke

*AIDEA v. Bureau of Land Mgmt.*                                       Case No. 3:24-cv-00282-SLG
JOINT MOTION TO STAY                                                            3

Case 3:24-cv-00282-SLG    Document 16    Filed 07/18/25    Page 3 of 3