# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALASKA INDUSTRIAL DEVELOPMENT AND EXPORT AUTHORITY,<br><br>        Plaintiff,<br><br>   v.<br><br>BUREAU OF LAND MANAGEMENT, et al.,<br><br>        Defendants. | Case No. 3:24-cv-00282-SLG |
| STATE OF ALASKA,<br><br>        Plaintiff,<br><br>   v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, et al.,<br><br>        Defendants. | Case No. 3:25-cv-00003-SLG |

## [PROPOSED] ORDER RE MOTIONS TO STAY

Upon due consideration, the Joint Motion to Stay, Dkt. 16 in Case No. 3:24-cv-00282-SLG, and the Unopposed Motion to Stay, Dkt. 20 in Case No. 3:25-cv-00003-SLG, are hereby GRANTED. IT IS ORDERED that all existing deadlines in these cases are stayed pending further order from the Court. The parties shall submit a joint status report in each case on or before September 30, 2025, or within five days of the issuance of a new Record of Decision, whichever occurs first.

Dated this _____ of July 2025.

_____
HON. SHARON L. GLEASON
United States District Judge