IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALASKA INDUSTRIAL DEVELOPMENT AND EXPORT AUTHORITY,<br><br>      Plaintiff,<br><br>      v.<br><br>BUREAU OF LAND MANAGEMENT, *et al.*,<br><br>      Defendants. | Case No. 3:24-cv-00282-SLG |
| STATE OF ALASKA,<br><br>      Plaintiff,<br><br>      v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>      Defendants. | Case No. 3:25-cv-00003-SLG |

### ORDER RE MOTIONS TO STAY

Upon due consideration, the Joint Motion to Stay at Docket 16 in Case No. 3:24-cv00282-SLG and the Unopposed Motion to Stay at Docket 20 in Case No. 3:25-cv-00003-SLG are hereby GRANTED. IT IS ORDERED that all existing deadlines in these cases are stayed pending further order from the Court. The parties shall submit a joint status report in each case on or before September 30,

2025, or within five days of the issuance of a new Record of Decision, whichever occurs first.

DATED this 24th day of July, 2025, at Anchorage, Alaska.

<i>/s/ Sharon L. Gleason</i><br>
UNITED STATES DISTRICT JUDGE

Case No. 3:24-cv-00282-SLG, *AIDEA v. Bureau of Land Mgmt., et al.*
Case No. 3:25-cv-00003-SLG, *State of Alaska v. U.S. Dep't of the Interior, et al.*
Order re Motions to Stay
Page 2 of 2
Case 3:24-cv-00282-SLG    Document 17    Filed 07/24/25    Page 2 of 2