ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

PAUL A. TURCKE (Idaho Bar No. 4759)
Trial Attorney
Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
Tel: 202-532-5994
paul.turcke@usdoj.gov

*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALASKA INDUSTRIAL DEVELOPMENT AND EXPORT AUTHORITY,<br><br>            Plaintiff,<br>v.<br><br>BUREAU OF LAND MANAGEMENT, et al.,<br><br>            Defendants. | Case No. 3:24-cv-00282-SLG |

## JOINT STATUS REPORT

This case, and the related case *State of Alaska v. U.S. Department of the Interior*, No. 3:25-cv-00003-SLG, both challenge the December 2024 Coastal Plain Oil and Gas Leasing Program Record of Decision ("2024 ROD") selecting Alternative D2 from the November 2024 Final Coastal Plain Oil and Gas Leasing Program Supplemental Environmental Impact Statement ("SEIS"). Both cases have been stayed, with the Court directing that the parties "submit a joint status report in each case on or before September

30, 2025, or within five days of the issuance of a new Record of Decision, whichever occurs first." Order, Dkt. 17. The parties now provide an additional update and jointly request to continue the stay until October 31, 2025.

The Department of the Interior previously reported its intent, in response to Executive and Secretarial direction issued in 2025, to issue a new Record of Decision ("2025 ROD") for the Coastal Plain Oil and Gas Leasing Program. The 2025 ROD is under review within the Department, and the Department anticipates completing its review and publishing it to the Bureau of Land Management Eplanning website in the coming weeks.

Plaintiffs and Defendants therefore jointly request that the Court maintain the current stay of proceedings pending a further joint status report to be filed not later than October 31, 2025.

Respectfully submitted.

DATED: September 30, 2025.
ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

/s/ Paul A. Turcke
PAUL A. TURCKE (Idaho Bar No. 4759)
Trial Attorney
Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
202-532-5994 ‖ 202-305-0275 (fax)
paul.turcke@usdoj.gov

*Counsel for Defendants*

Of Counsel:

L<small>INDSAY</small> C<small>RONIN</small>
Attorney Advisor
Office of the Regional Solicitor, Alaska Region
U.S. Department of the Interior
4230 University Drive, Suite 300
Anchorage, AK 99508
907-271-4621
lindsay.cronin@sol.doi.gov

                        ASHBURN & MASON, P.C.

                        */s/ Matthew T. Findley*  (consent)
                        Matthew T. Findley (AK Bar No. 0504009)
                        Michael S. Schechter (AK Bar No. 1405044)
                        1227 W. Ninth Ave., Suite 200
                        Anchorage, AK 99501
                        907-276-4331
                        matt@anchorlaw.com
                        mike@anchorlaw.com

                        *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on September 30, 2025, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

                        */s/ Paul A. Turcke*
                        Paul A. Turcke