ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

PAUL A. TURCKE (Idaho Bar No. 4759)
Trial Attorney
Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
Tel: 202-532-5994
paul.turcke@usdoj.gov

*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALASKA INDUSTRIAL DEVELOPMENT AND EXPORT AUTHORITY,<br><br>            Plaintiff,<br>v.<br><br>BUREAU OF LAND MANAGEMENT, et al.,<br><br>           Defendants. | Case No. 3:24-cv-00282-SLG |

## JOINT STATUS REPORT

This case, and the related case *State of Alaska v. U.S. Department of the Interior*, No. 3:25-cv-00003-SLG, both challenge the December 2024 Coastal Plain Oil and Gas Leasing Program Record of Decision ("2024 ROD") selecting Alternative D2 from the November 2024 Final Coastal Plain Oil and Gas Leasing Program Supplemental Environmental Impact Statement ("SEIS"). Both cases have been stayed, with the Court most recently directing that "[a] further status report shall be filed no later than October

31, 2025." Order, Dkt. 19.  In a prior order the Court also directed the parties to submit a joint status report "within five days of the issuance of a new Record of Decision[.]" Order, Dkt. 17.

Consistent with these Orders, Defendants hereby advise that the Department of the Interior ("Department") issued a new Record of Decision on October 23, 2025, which, along with related documents, can be viewed on the Bureau's Eplanning website at https://eplanning.blm.gov/eplanning-ui/project/2038038/570.

In light of the recency of these developments and continuing lapse of appropriations, Defendants propose, consistent with Miscellaneous General Order 25-14, that the Court issue an order directing the filing of a further status report(s) not later than seven days after the restoration of congressional appropriations funding the federal government describing the effect of the new Record of Decision on this case. Respectfully submitted.

DATED:  October 29, 2025.

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

*/s/ Paul A. Turcke*
PAUL A. TURCKE (Idaho Bar No. 4759)
Trial Attorney
Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
202-532-5994 ‖ 202-305-0275 (fax)
paul.turcke@usdoj.gov

*Counsel for Defendants*

Of Counsel:

LINDSAY CRONIN
Attorney Advisor
Office of the Regional Solicitor, Alaska Region
U.S. Department of the Interior
4230 University Drive, Suite 300
Anchorage, AK 99508
907-271-4621
lindsay.cronin@sol.doi.gov

ASHBURN & MASON, P.C.

*/s/ Matthew T. Findley*  (consent)
Matthew T. Findley (AK Bar No. 0504009)
Michael S. Schechter (AK Bar No. 1405044)
1227 W. Ninth Ave., Suite 200
Anchorage, AK 99501
907-276-4331
matt@anchorlaw.com
mike@anchorlaw.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 29, 2025, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

*/s/ Paul A. Turcke*
Paul A. Turcke

*AIDEA v. Bureau of Land Mgmt.*　　　　　　　　　　　　　　　　Case No. 3:24-cv-00282-SLG
JOINT STATUS REPORT　　　　　　　　　　　　　　　　　　　　　　　　　　　3

Case 3:24-cv-00282-SLG　　　Document 20　　　Filed 10/29/25　　　Page 3 of 3