IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALASKA INDUSTRIAL DEVELOPMENT AND EXPORT AUTHORITY,<br><br>      Plaintiff,<br>  v.<br><br>BUREAU OF LAND MANAGEMENT, et al.,<br><br>      Defendants. | Case No. 3:24-cv-00282-SLG |
| STATE OF ALASKA,<br><br>      Plaintiff,<br>  v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, et al.,<br><br>      Defendants. | Case No. 3:25-cv-00003-SLG |

**[PROPOSED] ORDER**

Upon due consideration of the Joint Status Reports, Dkt. 20 in Case No. 3:24-cv-00282-SLG, and Dkt. 24 in Case No. 3:25-cv-00003-SLG, IT IS ORDERED that the parties shall submit a joint status report in each case not later than seven days after the restoration of congressional appropriations funding the federal government.

Dated this _____ of October 2025.

_____
HON. SHARON L. GLEASON
United States District Judge