ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

PAUL A. TURCKE (Idaho Bar No. 4759)
Trial Attorney
Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
Tel: 202-532-5994
paul.turcke@usdoj.gov

*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALASKA INDUSTRIAL DEVELOPMENT AND EXPORT AUTHORITY,<br><br>               Plaintiff,<br>v.<br><br>BUREAU OF LAND MANAGEMENT, et al.,<br><br>               Defendants. | Case No. 3:24-cv-00282-SLG |

## JOINT STATUS REPORT

This case, and the related case *State of Alaska v. U.S. Department of the Interior*, No. 3:25-cv-00003-SLG, both challenge the December 2024 Coastal Plain Oil and Gas Leasing Program Record of Decision ("2024 ROD") selecting Alternative D2 from the November 2024 Final Coastal Plain Oil and Gas Leasing Program Supplemental Environmental Impact Statement ("SEIS"). As Defendants recently reported, the Department of the Interior issued a new Record of Decision on October 23, 2025 ("2025

ROD"), which superseded the 2024 ROD. The 2025 ROD, along with related documents, can be viewed on the Bureau of Land Management's Eplanning website at https://eplanning.blm.gov/eplanning-ui/project/2038038/570.

In response to the parties' previous status report, the Court directed filing of a further status report no later than seven days after the restoration of congressional appropriations funding the federal government. *See* Text Order, Dkt. 21. The parties are conferring and will promptly advise the Court if they determine a way to resolve this litigation or propose to file a further status report not later than January 16, 2026. Respectfully submitted.

DATED: November 19, 2025.

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

*/s/ Paul A. Turcke*
PAUL A. TURCKE (Idaho Bar No. 4759)
Trial Attorney, Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
202-532-5994 || 202-305-0275 (fax)
paul.turcke@usdoj.gov

*Counsel for Defendants*

Of Counsel:

LINDSAY CRONIN
Attorney Advisor
Office of the Regional Solicitor, Alaska Region
U.S. Department of the Interior
4230 University Drive, Suite 300
Anchorage, AK 99508
907-271-4621
lindsay.cronin@sol.doi.gov

ASHBURN & MASON, P.C.

*/s/ Matthew T. Findley*  (consent)
Matthew T. Findley (AK Bar No. 0504009)
Michael S. Schechter (AK Bar No. 1405044)
1227 W. Ninth Ave., Suite 200
Anchorage, AK 99501
907-276-4331
matt@anchorlaw.com
mike@anchorlaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2025, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

*/s/ Paul A. Turcke*
Paul A. Turcke

*AIDEA v. Bureau of Land Mgmt.*   Case No. 3:24-cv-00282-SLG
JOINT STATUS REPORT   3

Case 3:24-cv-00282-SLG   Document 22   Filed 11/19/25   Page 3 of 3