ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

PAUL A. TURCKE (Idaho Bar No. 4759)
Trial Attorney
Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
202-532-5994 || 202-305-0275 (fax)
paul.turcke@usdoj.gov

*Counsel for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALASKA INDUSTRIAL DEVELOPMENT AND EXPORT AUTHORITY<br><br>　　　　　Plaintiff,<br>　v.<br><br>BUREAU OF LAND MANAGEMENT, *et al*.,<br><br>　　　　　Defendants. | Case No. 3:24-cv-00282-SLG |
| STATE OF ALASKA<br><br>　　　　　Plaintiff,<br>　v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, *et al*.,<br><br>　　　　　Defendants. | Case No. 3:25-cv-00003-SLG |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

In accordance with the Settlement Agreement between all parties to the above-captioned cases, Ex. 1, and Federal Rule of Procedure 41(a)(2), the Parties stipulate to dismiss this action without prejudice by order of this Court. The Parties respectfully request that the Court enter the form of an order of dismissal as provided herewith, Ex. 2.

Respectfully submitted this 6th day of July 2026.


ASHBURN & MASON, P.C.

/s/ *Michael S. Schechter* (consent)
Matthew T. Findley (AK Bar No. 0504009)
Michael S. Schechter (AK Bar No. 1405044)
1227 W. Ninth Ave., Suite 200
Anchorage, AK 99501
907-276-4331
matt@anchorlaw.com
mike@anchorlaw.com


*Counsel for Plaintiff AIDEA*

CORI MILLS
ACTING ATTORNEY GENERAL

/s/ *Mary Hunter Gramling* (consent)
Ronald W. Opsahl
(Alaska Bar No. 2108081)
Mary Hunter Gramling
(Alaska Bar No. 1011078)
Assistant Attorneys General
State of Alaska, Department of Law
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
907-276-3697
ron.opsahl@alaska.gov
mary.gramling@alaska.gov

Kathleen C. Schroeder (pro hac vice)
Mark Champoux (pro hac vice)
Davis Graham & Stubbs LLP
3400 Walnut St., Suite 700
Denver, CO 80205
(303) 902-9400
katie.schroder@davisgraham.com
mark.champoux@davisgraham.com

*Counsel for Plaintiff State of Alaska*

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

*/s/ Paul A. Turcke*
PAUL A. TURCKE
Idaho Bar No. 4759
Trial Attorney, Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
202-532-5994 || 202-305-0275 (fax)
paul.turcke@usdoj.gov

*Counsel for Defendants*

Of Counsel:

LINDSAY CRONIN
Office of the Regional Solicitor
U.S. Department of the Interior
4230 University Drive, Suite 300
Anchorage, AK 99508
907-271-4621
lindsay.cronin@sol.doi.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2026, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

*/s/ Paul A, Turcke*
Paul A. Turcke