**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| ALASKA INDUSTRIAL DEVELOPMENT AND EXPORT AUTHORITY,<br><br>Plaintiff,<br>v.<br><br>BUREAU OF LAND MANAGEMENT, et al.,<br><br>Defendants. | Case No. 3:24-cv-00282-SLG |
| STATE OF ALASKA,<br><br>Plaintiff,<br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, et al.,<br><br>Defendants. | Case No. 3:25-cv-00003-SLG |

**[PROPOSED] ORDER
GRANTING STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(2), the Parties have filed a Stipulation of Dismissal Without Prejudice.[1]  Upon due consideration, IT IS ORDERED that these cases are dismissed without prejudice.

Dated this _____ of July 2026.

_____
HON. SHARON L. GLEASON
United States District Judge

---

[1] Dockets 32, 32-1 in Case No. 3:24-cv-00282-SLG; and Dockets 35, 35-1 in Case No. 3:25-cv-00003-SLG.